Tammy Hussin (Bar No. 155290)
HUSSIN LAW
6404 Merlin Dr. #100
Carlsbad, CA 92011
Tel: (877) 677-5397
Fax: (877) 667-1547
Tammy@HussinLaw.com

Attorney for Plaintiff, Miguel Pineda

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miguel Pineda,<br><br>             Plaintiff,<br><br>   vs.<br><br>Collectco Inc., d/b/a/ EOS CCA; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No.:  3:16-cv-02578<br><br>**NOTICE OF SETTLEMENT** |

   Plaintiff Miguel Pineda hereby informs this Court that this matter has settled, and anticipates filing a voluntary dismissal of this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) within 60 days.

   DATED:  July 25, 2016          TAMMY HUSSIN

                                  By: */s/   Tammy Hussin*
                                  Tammy Hussin, Esq.
                                  Hussin Law
                                  Attorney for Plaintiff, Miguel Pineda

1